**The DeHaan Law Firm P.C.**
JOHN W. DEHAAN, ESQ.
WWW.DBDISABILITYLAW.COM
WWW.LIRSDISABILITY.NET
300 Rabro Drive East ▪ Suite 101 ▪ Hauppauge, New York 11788 ▪ 631.582.1200

October 17, 2024

**Via ECF**
Hon. Valerie Figueredo, U.S. Magistrate Judge
U.S District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **MEMO ENDORSED**
> /s/ Valerie Figueredo
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 10/18/24
>
> The extensions requested herein are GRANTED. Plaintiff's filing deadline is **December 12, 2024**. Defendant's response is due **January 12, 2025**. Plaintiff's reply is due **January 26, 2025**
>
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

Re: **Doros v. O'Malley, Comm'r of Soc. Sec.
Docket No.: 1:24-CV-05283-RA-VF**

Dear Magistrate Judge Figueredo:

I represent the plaintiff, Scott Doros, in connection with the above-referenced case seeking review of the Commissioner's denial of Social Security benefits. Jonathan King from the Office of General Counsel represents the Commissioner, however, he is out of the office until October 22, 20224, and Sergei Aden is covering this in his absence.

Plaintiff's moving brief was due on October 13, 2024, and I now write to request a 60-day adjournment of the briefing schedule in this matter, and I must apologize profusely for the lateness of this request, which is also the reason that I am making this request. Specifically, I have been dealing with some significant personal health issues, which have been highly disruptive to my work schedule (which included missing several weeks of work recently due to surgery and recovery thereafter). Additionally, I have also had to deal with some family matters. As a result of these issues, I am now making this request late, and again, I apologize.

Specifically, I would request that the briefing schedule be amended as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's to Serve/File: | October 13, 2024 | **December 12, 2024** |
| Defendant to Serve/File: | November 12, 2024 | **January 12, 2025** |
| Plaintiff's Reply: | November 26, 2024 | **January 26, 2025** |

I have consulted with Mr. Aden, and he consents to this request, and the requested dates reflect his input. There have been no prior requests for an adjournment of these deadlines.

Again, I apologize for the lateness of this request, and I thank you for Your Honor's consideration of this request.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Jonathan King, OGC (Via ECF)
Sergei Aiden, OGC (Via email)