**The DeHaan Law Firm P.C.**
300 Rabro Drive East ■ Suite 101 ■ Hauppauge, New York 11788 ■ 631.582.1200

John W. DeHaan, Esq.
www.ordisabilitylaw.com

October 22, 2024

<u>**Via ECF**</u>
Hon. Valerie Figueredo, U.S. Magistrate Judge
U.S District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re: <u>Doros v. O'Malley, Comm'r of Soc. Sec.</u>
        <u>Docket No.: 1:24-CV-05283-RA-VF</u>

Dear Magistrate Judge Figueredo:

  I represent the plaintiff, Scott Doros, in connection with the above-referenced case seeking review of the Commissioner's denial of Social Security benefits. Jonathan King from the Office of General Counsel represents the Commissioner.

  I write to correct my October 17, 2024, letter requesting an adjournment of the briefing schedule in this case. As previously advised, Mr. King was out of the office last week, and Sergei Aden was covering this case in his absence. Mr. Aden had originally consented to my request for an adjournment of the briefing schedule via email and suggested moving the dates by 60 days.

  Mr. Aden then sent a second email clarifying that I should ask that the deadline for the Commissioner's response should be moved to 60-days after I serve my motion papers, rather than 60-days after the original date. *Between the two emails, I had to leave the office for an emergency, and I did not see this second email until <u>after</u> I had submitted my request to Chambers remotely.*

  In light of the above, I write to correct and amend my earlier request to alter the briefing schedule in this case, as follows:

|  | <u>Current Deadline</u> | <u>**New Deadline**</u> |
|---|---|---|
| Defendant to Serve/File: | January 12, 2025 | **February 10, 2025** |
| Plaintiff's Reply: | January 26, 2025 | **February 24, 2025** |

  ***Please note that I am <u>NOT</u> asking to alter the due date of the plaintiff's moving brief, and that will remain due by December 12, 2025, per this Court's October 18, 2024.***

  This is a joint request so that the amended briefing schedule accurately reflects Mr. Aden's input.

  I thank you for Your Honor's consideration of this request.

              Respectfully submitted,
              **THE DEHAAN LAW FIRM P.C.**
          By: /s/ *John W. DeHaan*
              John W. DeHaan, Esq.
              jdehaan@dehaan-law.com

cc: Jonathan King, OGC (Via ECF)

**THE DEHAAN LAW FIRM P.C.**                                                                                       Page 2 of 2

*Re:*
October 31, 2021

Sergei Aiden, OGC (Via email)

---

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** 10/23/24

The extensions requested herein are GRANTED. Defendant's response is due **February 10, 2025**, and Plaintiff's reply is due **February 24, 2025**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11