**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SCOTT DOROS,

                          Plaintiff,                    24 **CIVIL** 5283 (RA)(VF)

        -v-                                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 10, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision. On remand, the Appeals Council will direct the Administrative Law Judge to consider the opinion evidence; further consider the claimant's RFC, as warranted in light of any updates to the record; reevaluate the claimant's statements regarding his symptoms; and further consider the proper classification of the claimant's past relevant work and whether he can perform it. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

       February 11, 2025

                                       **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                    **BY:**
                             _____
                                      **Deputy Clerk**